UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-6498 GAF (FFM) | Date | December 12, 2012 |
|---|---|---|---|
| Title | FRANCIS ANTHONY TRIBBLE v. MATTHEW CATE, etc., et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| None Present | | None Present |

**Proceedings:**    (IN CHAMBERS) ORDER TO SHOW CAUSE

On January 24, 2012 this Court issued an order granting petitioner's request to hold this action in abeyance. The Court also ordered petitioner to file a status report every 90 days after petitioner's state petition had been filed. Petitioner's last status report was due October 22, 2012. That date passed over one month ago. Accordingly, petitioner is ordered to file the status report or show cause within 21 days of the date of this order why the stay should not be lifted and this matter should not proceed on the previously exhausted claims only.

IT IS SO ORDERED.

:
Initials of Preparer       JM