# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 11-06498-GAF (DFM) | Date | January 5, 2015 |
| Title | Francis Anthony Tribble v. Matthew Cate et al. | | |

| Present: The Honorable | Douglas F. McCormick |
|---|---|

| Terri Steele | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:** (In Chambers) Order to Show Cause

This case has been stayed since 2011. On June 24, 2014, the Court ordered Petitioner to file status reports on the first business day of every other month, beginning on July 1, to keep the Court apprised of the progress of the state actions. The Court warned Petitioner that failure to file timely status reports would result in a recommendation that this case be dismissed for failure to prosecute and failure to obey Court orders.

Petitioner filed status reports on July 1 and September 2 in accordance with the Court's instructions. The Court did not receive a status report on the 1st of November. It has also not received a status report on the 1st of January.

IT IS THEREFORE ORDERED that Petitioner show cause within twenty-one (21) days of the date of this order why this Court should not recommend that this action be dismissed for failure to prosecute and/or failure to obey Court orders. The filing of a current status report will be deemed a sufficient response to this Order. If Petitioner does not timely respond to this Court's order to show cause, the Court will recommend that this action be dismissed for Petitioner's failure to prosecute.

| | : | |
|---|---|---|
| Initials of Clerk | ts | |