# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **FRANCIS ANTHONY TRIBBLE**, | No. LA CV 11-06498-VBF-DFM |
| Petitioner, | **FINAL JUDGMENT** |
| v. | |
| SCOTT KERNAN (Secretary of California Department of Rehabilitation & Corrections), | |
| Respondent. | |

**Final judgment is hereby entered in favor of respondent and against petitioner Francis Anthony Tribble.** IT IS SO ADJUDGED.

Dated: June 19, 2018

_____
Honorable Valerie Baker Fairbank
Senior United States District Judge